JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. D., a minor, by and through his Guardian Ad Litem Dien Do and Hong Dang,<br><br>        Plaintiff,<br><br>  v.<br><br>Torrance Unified School District,<br><br>        Defendant. | Case No. **CV 11-2463-JFW (JCx)**<br><br>**JUDGMENT** |

    WHEREAS, on January 24, 2011, the Administrative Law Judge issued a Decision in favor of Defendant Torrance Unified School District and against Plaintiff G.D. on all issues,

    WHEREAS, G.D. appealed the Administrative Law Judge's Decision to this Court,

    WHEREAS, the Court Trial was conducted on December 20, 2011,

    WHEREAS, in his December 6, 2011 Opening Trial Brief, G.D. withdrew from consideration by this Court the issues of whether the April 28, 2010 individualized education program

1  offered placement in the least restrictive environment and
2  whether extended school year should have been offered,
3       WHEREAS, the Court issued its Findings of Facts and
4  Conclusions of Law on March 8, 2012,
5       IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND
6  DECREED, that judgment is entered in this action as follows:

8       The Court affirms the Administrative Law Judge's January
9  24, 2011 Decision as to all remaining issues.

11      The Clerk is ordered to enter this Judgment.

13  Dated: March 19, 2012          _____
                                    JOHN F. WALTER
14                                  UNITED STATES DISTRICT JUDGE

2